UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA ex rel.
DAWN KLOBUCHAR,

        Plaintiffs,                Case Number 13-14446
                                    Honorable David M. Lawson

v.

MICHIGAN JEWISH INSTITUTE,
CHABAD LUBAVITCH OF MICHIGAN,
THE SHUL, FRIENDSHIP CIRCLE,
RABBI KASRIEL SHEMTOV, RABBI
YUDI MANN, and DOV STEIN,

        Defendants.

_____/

## ORDER UNSEALING THE COMPLAINT AND GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION AND SETTING DEADLINES

On October 23, 2013, relator Dawn Klobuchar filed this action under the False Claims Act, 31 U.S.C. § 3729 *et seq.* The Court initially sealed the matter and set a deadline for the government to make its election whether to intervene. In the following six plus years, the government sought and obtained, upon good cause shown, several lengthy extensions of that deadline. On January 6, 2020, the government filed a notice that it had decided not to intervene in the case, and it asked that the Court unseal the relator's second amended complaint and the notice of election to to decline intervention, but maintain other previous filings under seal. The Court therefore will unseal the second amended complaint and the government's notice of election to intervene and set a deadline for the relator to serve copies of the summons and complaint on the defendants.

Accordingly, it is **ORDERED** that the relator's second amended complaint (ECF No. 36) and the government's notice of election to decline intervention (ECF No. 51) **ONLY** are **UNSEALED**. All other previously docketed filings in the case shall remain **UNDER SEAL**.

It is further **ORDERED** that no newly filed papers in this case shall be placed or filed under seal after the date of entry of this order, except upon leave granted by the Court.

It is further **ORDERED** that the relator must serve the summons and complaint on the defendants **on or before April 13, 2020** and file certificates of service.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date:  January 14, 2020

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on January 14, 2020.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI